IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CEDRIC GREENE, Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| DIRECT TV INC., Defendant. | Case No. 2:16-cv-964-DB<br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on July 12, 2017, recommending that Plaintiff's Complaint be dismissed with prejudice because the Court lacks subject matter jurisdiction over this matter. Plaintiff was notified of his right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On July 21, 2014, he requested an extension of time until August 23, 2017 to file his objections. The Court granted the extension. On August 7, 2017, Plaintiff filed his objection to the Report and Recommendation.

Having reviewed all relevant materials, including Plaintiff's *pro se* objection, the record that was before the Magistrate Judge and the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court agrees with the analysis and conclusion of the Magistrate Judge.

Accordingly, the Court ADOPTS the Report and Recommendation and issues the following Order.  Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED this 29th day of August, 2017.

_____
Dee Benson
United States District Judge